```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

HENDRICK BICKHAM                              CIVIL ACTION

VERSUS                                        NO. 05-6049

JAMES MILLER, ET AL.                          SECTION "J" (2)
```

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion to dismiss is GRANTED and that plaintiff's claims pursuant to 42 U.S.C. § 1983 are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 14th day of September,

```
                              _____
                                  CARL J. BARBIER
                              UNITED STATES DISTRICT JUDGE
```